# EXHIBIT B



# IDEA
# Millionaire Reader

## Congratulations!

### Your child has reached IDEA Millionaire Reader status!

IDEA Public Schools recognizes and honors students who have read at least 1 million words at the Academy level and 2 million words at the College Prep level at the IDEA Millionaire Readers Celebration.

*Celebrations are being held throughout the week of May 16th across the Rio Grande Valley and Central Texas.*

Parents, should you have any questions please contact your child's campus.

## Attire: Dress Like a Millionaire!

*Follow the #IDEAMillionaires on these social media platforms:*



https://www.facebook.com/ideapublicschools

https://www.instagram.com/IDEASchools/

https://twitter.com/IDEAschools

21% 8:39 PM

# Google

idea **academy millionaire** Reade

ALL | IMAGES | NEWS | SHOPPING | VIDEOS

**IDEA Public Schools - Facebook**
Facebook › ... › Weslaco, Texas › School

★★★★⯪ Rating: 4.5 - 494 votes
Mobile-friendly - The Millionaire Readers Club is for IDEA students who have read at least 1 million words and scored an 85% or better ...

**IDEA Public Schools**
IDEA Public Schools › home

Mobile-friendly - IDEA Public Schools is a growing network of tuition-free Pre-K to 12th grade public schools ... Continue Reading ...

**Library - IDEA Public Schools**
IDEA Public Schools › resources › library

Mobile-friendly - Since our founding in 2000, IDEA Public Schools' libraries have promoted a culture of reading and research to help our



 **Os Onti** · 0:00 
Congratulations to my granddaughter annisa good job mija may god bless you with grace amd telent.

 **Belen De Garza** · 0:00 
Mi niño va mañana de Idea Riverbiew, también suben vídeos y fotos por favor.

 **Silvia N. Sanchez** · 0:00 
Con⊙ "Que Pena que a @idea..." on nue

 Write a comment... 




**idea millionaire reader**

**TOP**  LATEST  PEOPLE  PHOTOS  VIDE



**IDEA Public Schools** added a new photo.
Feb 15, 2013 at 8:24am •

Congrats to IDEA McAllen's MILLION WORD READERS!  They were certainly treated like millionaires in their limo ride.



👍 David Gomez and 118 others                9 Comments  5 Shares

 Like             Comment             Share

 Stephanie Kathan



On one of the limo's and ready to go

 3

 Like      Comment      Share



These young men look very handsome and excited to go to the Readers Celebration!

 6

 Like      Comment      Share




**idea millionaire reader**

**TOP**  LATEST  PEOPLE  PHOTOS  VID



**IDEA Public Schools** added 2 new photos.

May 20, 2015 at 9:36am

Students from the IDEA Millionaire Reader's Celebration are arriving in style and are excited to be treated to a nice breakfast and hear from our special guest, retired NFL player and author, Trevor Pryce! Is your **#IDEAScholar** attending?






pharr millionaire

TOP  LATEST  PEOPLE  PHOTOS  VIDE



**Narcedalia Briseno** added 4 new photos.
Dec 5, 2015 at 8:27pm • McAllen, Texas • 🌐

Our Millionaires!! **Idea Pharr**







👍 49  1 Comment


Share



 **Belen De Garza** · 0:00 
Mi niño va mañana de Idea Riverbiew, también suben vídeos y fotos por favor.

 **Silvia N. Sanchez** · 0:00 
Congratulations Idea Mission esos son nuestros niños,,

 **Blanca Gonzalez Camarillo** · 0:00 
Y los de #ideasanjuan

 **Chelsy Ro** · 0:00 
Rosie Garcia McKee

 Write a comment... 





Q idea academy millionaire reader    ✕

TOP          LATEST        PEOPLE        PHOTOS        VIDI

 **Sylvan Rio Grande Valley** shared **IDEA Public Schools**'s **live video**.

May 17 at 8:59pm · 🌐

Congratulations **IDEA Public Schools** millionaires! We love readers!

 **IDEA Public Schools** was live.

May 17 at 8:57am · 🌐

Here come our **#IDEAMillionaires**!



**idea millionaire reader**

**TOP** | LATEST | PEOPLE | PHOTOS | VID

**Guerrero** and **5 others**.
May 19, 2015 at 8:34pm

OUR BABY GIRL ACCOMPLISHED HER GOAL FOR READING (MILLIONAIRE READER) LIMO RIDE/ LUNCHEON/AWARDS CEREMONY ~ IDEA EDINBURG ACADEMY ~ WAY 2 GO ANICIA!!! ✋ (DRESS + SHOES = $60)






**TOP**  LATEST  PEOPLE  PHOTOS  VID

Our millionaire reader at Idea Academy San Juan





## pharr million words

**TOP**  LATEST  PEOPLE  PHOTOS  VIDE



On assignment earlier today:IDEA Students Attend Special Celebration For Excelling in Reading here in the RIO GRANDE VALLEY – On May 20, IDEA students were recognized as members of the IDEA Millionaire Readers Club at the McAllen Country Club. They will receive millionaire treatment as part of their end-of-year celebration. *NOTE: Requirements for... Continue Reading






← 🔍 mission million words ✕

**TOP**   LATEST   PEOPLE   PHOTOS   VID

**IDEA North Mission**
Apr 15 at 2:11pm · 🌐

Congratulations to Javier Trevino on being a 2 Million Word Reader! Your love of reading is admirable!





**pharr million words**

| TOP | LATEST | PEOPLE | PHOTOS | VID |



**Sonia Aguilar** added a new photo.
Apr 15 at 9:21pm • McAllen, Texas •

Congratulations Marco he met his 2 million word goal !! Wordsmith!!! Thank you to all his IDEA Pharr college prep teachers








**pharr millionaire**

TOP  LATEST  PEOPLE  PHOTOS  VID

**IDEA Pharr** added 7 new photos.
May 17 at 1:41pm •

Celebrating all of our college prep millionaires at the McAllen Convention Center. Congratulations! #IDEAMillionaires






+4

38                    3 Comments 2 Shares

Idea Edinburg











