United States District Court
Southern District of Texas
**ENTERED**
March 31, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| SPRINGBOARDS TO EDUCATION, INC., § § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:16-CV-617 |
| § | |
| IDEA PUBLIC SCHOOLS, § § | |
| Defendant. § | |

## ORDER OF DISMISSAL

On the 29th day of March, 2021, came on to be considered "Defendant's Renewed Motion to Dismiss Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure" (Docket Entry No. 165), and the Court, after having considered said motion, the prior and present arguments of counsel and the entire record, was of the opinion, for the reasons stated on the record, that said motion to dismiss should be granted. It is, therefore,

ORDERED, ADJUDGED AND DECREED that Defendant's Motion to Dismiss is GRANTED and the action is DISMISSED.

DONE on this 30th day of March, 2021, at McAllen, Texas.

Ricardo H. Hinojosa
U.S. DISTRICT JUDGE